UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHARILYNE McDONOUGH and<br>MICHAEL McDONOUGH,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE PORTLAND POLICE DEPARTMENT,<br>CITY OF PORTLAND, OFFICER KEVIN<br>HALEY, OFFICER JOHN NUESLEIN, CHIEF<br>OF POLICE MICHAEL SAUSCHUCK, JO<br>FREEDMAN, PATRICIA McDONOUGH<br>and JOHN McDONOUGH,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:16-CV-00579-DBH |

## STIPULATION OF DISMISSAL

　　NOW COME the Parties, by their respective counsel, and stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that this civil action be dismissed, with prejudice and without costs.

　　Dated: 09/22/17　　　　　　　　　　/s/ Jeffrey Bennett
　　　　　　　　　　　　　　　　　　　Jeffrey Bennett, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs,
　　　　　　　　　　　　　　　　　　　ShariLyne McDonough and Michael
　　　　　　　　　　　　　　　　　　　McDonough

　　Dated: 09/26/17　　　　　　　　　　/s/ Edward R. Benjamin, Jr.
　　　　　　　　　　　　　　　　　　　Edward R. Benjamin, Jr., Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　The Portland Police Department, City of
　　　　　　　　　　　　　　　　　　　Portland, Officer Kevin Haley, Officer
　　　　　　　　　　　　　　　　　　　John Nueslein, Chief of Police Michael
　　　　　　　　　　　　　　　　　　　Sauschuck, and Jo Freedman

　　Dated: 09/25/17　　　　　　　　　　/s/ John S. Whitman
　　　　　　　　　　　　　　　　　　　John S. Whitman, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　Patricia McDonough and John McDonough